■ In the Matter of JAMES E. DAVIS et al., Appellants, v THOMAS C. JORLING, as Commissioner of the New York State

Department of Environmental Conservation, et al., Respondents.—Judgment unanimously affirmed without costs *(see, Rochester Canoe Club v Jorling,* 150 Misc 2d 321, *affd* 179 AD2d 1040). (Appeal from Judgment of Supreme Court, Onondaga County, Nicholson, J.—Article 78.) Present—Callahan, J. P., Boomer, Balio, Davis and Doerr, JJ.